| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Rodney Roy Mettling**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3103**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Sharon Ann Mettling**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–0864**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Minnesota** | | Date case filed for chapter **7**  **8/4/16** |
| Case number: **16–42324 – KHS** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).
**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Rodney Roy Mettling | Sharon Ann Mettling |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13985 256th Ave<br>Zimmerman, MN 55398 | 13985 256th Ave<br>Zimmerman, MN 55398 |
| 4. | **Debtor's attorney**<br>Name and address | Sam Calvert<br>Sam V Calvert PA<br>1011 2nd St N Ste 107<br>St Cloud, MN 56303 | Contact phone 320–252–4473<br>Email: calcloud@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Erik Ahlgren<br>Ahlgren Law Office<br>220 W Washington Ave<br>Ste 105<br>Fergus Falls, MN 56537 | Contact phone 218–998–2775<br>Email trustee@prtel.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                       page **1**

Debtor **Rodney Roy Mettling** and **Sharon Ann Mettling**     Case number **16–42324**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday: 8:00am – 5:00pm<br>Contact phone: (612)–664–5200<br>Web address: www.mnb.uscourts.gov<br><br>Date: 8/8/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 22, 2016 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Stearns County History Museum, 235 S 33rd Ave, St Cloud, MN 56301** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 11/21/16**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 11/21/16** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                              District of Minnesota
In re:                                                        Case No. 16-42324-KHS
Rodney Roy Mettling                                           Chapter 7
Sharon Ann Mettling
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0864-4          User: lindas              Page 1 of 2       Date Rcvd: Aug 08, 2016
                              Form ID: 309A             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.
```
db/jdb        +Rodney Roy Mettling,    Sharon Ann Mettling,    13985 256th Ave,    Zimmerman, MN 55398-9515
smg           +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61369202       Best Buy Credit Services,    P O Box 790441,    St Louis, MO 63179-0441
61369203       Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
61369206       Como Law Firm,    PO Box 130668,    St Paul, MN 55113-0006
61369208      +Global Credit & Collection Corp,    300 International Dr Ste 100,    P O Box 201,
                Williamsville, NY 14231-0201
61369209       Gurstel Chargo,    6681 Country Club Dr,    Golden Valley, MN 55427-4601
61369212      +Liberty Bank Minnesota,    111 7th Ave S,    St Cloud, MN 56301-4696
61369213       Messerli & Kramer,    3033 Campus Dr STE 250,    Plymouth, MN 55441-2662
61369215      +Nationwide Credit Inc,    P O Box 26314,    Lehigh Valley, PA 18002-6314
61369216      +Rinke Noonan,    PO Box 1497,    St Cloud, MN 56302-1497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: calcloud@gmail.com Aug 08 2016 22:29:03      Sam Calvert,    Sam V Calvert PA,
                1011 2nd St N Ste 107,    St Cloud, MN  56303
tr            +EDI: BEAHLGREN.COM Aug 08 2016 22:28:00      Erik Ahlgren,    Ahlgren Law Office,
                220 W Washington Ave,    Ste 105,    Fergus Falls, MN 56537-2569
ust           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Aug 08 2016 22:29:11      US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61369199       EDI: AMEREXPR.COM Aug 08 2016 22:28:00      American Express,    P O Box 981535,
                El Paso, TX 79998-1535
61369200       EDI: AMEREXPR.COM Aug 08 2016 22:28:00      American Express,    P O Box 53852,
                Phoenix, AZ 85072-3852
61369201      +EDI: ACCE.COM Aug 08 2016 22:28:00      Asset Acceptance,    P O Box 1630,
                Warren, MI 48090-1630
61369204       EDI: CAPITALONE.COM Aug 08 2016 22:28:00      Capital One,    P O Box 30285,
                Salt Lake City, UT 84130-0285
61369205      +EDI: CITICORP.COM Aug 08 2016 22:28:00      Citi,    P O Box 6241,    Sioux Falls, SD 57117-6241
61369207       EDI: DISCOVER.COM Aug 08 2016 22:28:00      Discover,    12 Reads Way,
                New Castle, DE 19720-1649
61369210       EDI: IRS.COM Aug 08 2016 22:28:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
61369214       EDI: MINNDEPREV.COM Aug 08 2016 22:28:00      Minnesota Dept Of Revenue,    Bankruptcy Section,
                P O Box 64447,    St Paul, MN 55164-0447
                                                                                              TOTAL: 11
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          +Minnesota Department of Revenue,    Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg*          +US Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61369211*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,     Special Procedures Stop 5700,
                30 E 7th ST STE 1222,    St Paul, MN 55101-4940)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                         Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:

```
          Erik   Ahlgren    trustee@prtel.com,  MN23@ecfcbis.com
          Sam   Calvert    on behalf of Debtor 2 Sharon Ann Mettling calcloud@gmail.com,
           calcloud1@gmail.com;calvert.sam@gmail.com
          Sam   Calvert    on behalf of Debtor 1 Rodney Roy Mettling calcloud@gmail.com,
           calcloud1@gmail.com;calvert.sam@gmail.com
          US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                              TOTAL: 4
```