**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| Rodney Roy Mettling<br>Sharon Ann Mettling | Case No: 16–42324 – KHS |
| Debtor(s) | Chapter 7 Case |

# NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION

The debtor(s) has not filed a Certificate of Debtor Education from the course provider required by Bankruptcy Rule 1007(c).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the Certificate on or before 11/21/16.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415


Dated: 11/7/16                                       <u>Lori Vosejpka</u>
                                                                Clerk, United States Bankruptcy Court


                                                                By: lynne
                                                                Deputy Clerk



**mnbn7fmz** 10/16

```
United States Bankruptcy Court
                                      District of Minnesota
In re:                                                                       Case No. 16-42324-KHS
Rodney Roy Mettling                                                          Chapter 7
Sharon Ann Mettling
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0864-4          User: lynne                  Page 1 of 1                  Date Rcvd: Nov 07, 2016
                              Form ID: mnbn7fmz            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db/jdb         +Rodney Roy Mettling,    Sharon Ann Mettling,    13985 256th Ave,    Zimmerman, MN 55398-9515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
              Erik   Ahlgren    trustee@prtel.com, MN23@ecfcbis.com
              Sam   Calvert    on behalf of Debtor 2 Sharon Ann Mettling calcloud@gmail.com,
               calcloud1@gmail.com;calvert.sam@gmail.com
              Sam   Calvert    on behalf of Debtor 1 Rodney Roy Mettling calcloud@gmail.com,
               calcloud1@gmail.com;calvert.sam@gmail.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 4